UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Anderson & Koch Ford, Inc. vs. Ford Motor Company

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1204 for the following party(s): (please specify)

Ford Motor Company

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sheila T. Kerwin     s/: Sheila T. Kerwin

Firm Name: Nilan Johnson Lewis PA

Business Address: 250 Marquette Avenue South, Suite 800

City/State/Zip: Minneapolis, MN 55401

Telephone Number (Area Code): 612-305-7500

Email Address: skerwin@nilanjohnson.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 2/5/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: