UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ANDERSON & KOCH FORD, INC. | APPEAL NO. 24-1204 |
| Plaintiff, | |
| v. | **APPELLEE FORD MOTOR COMPANY'S CORPORATE DISCLOSURE STATEMENT** |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Ford Motor Company makes the following disclosure:

(1) Ford Motor Company has no parent corporation; and

(2) No publicly held corporation owns 10% or more of its stock.

Date: February 8, 2024                    Respectfully submitted,


                                          /s/ Elizabeth A. McNellie
                                          Elizabeth A. McNellie (Admitted *pro hac vice* in District Court)
                                          Jeremiah J. Wood (Admitted *pro hac vice* in District Court)
                                          **BAKER & HOSTETLER LLP**
                                          200 Civic Center Drive, Suite 1200
                                          Columbus, OH  43215-4138
                                          Telephone:     (614) 228-1541
                                          Facsimile:     (614) 462-2616
                                          emcnellie@bakerlaw.com
                                          jjwood@bakerlaw.com

                                          Sheila T. Kerwin (#220309)
                                          **NILAN JOHNSON LEWIS PA**
                                          250 Marquette Avenue S., Suite 800
                                          Minneapolis, MN 55401
                                          Telephone: (612) 305-7500
                                          Fax: (612) 305-7501
                                          skerwin@nilanjohnson.com

                                          *Attorneys for Defendant*
                                          *Ford Motor Company*

# CERTIFICATE OF SERVICE

This is to certify that on February 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron G. Thomas
Jordan L. Weber
Yuka Shiotani
Taft Stettinius & Hollister LLP
2200 EDS Center
80 South 8th Street
Minneapolis, MN 55402-2210
athomas@taftlaw.com
jweber@taftlaw.com
yshiotani@taftlaw.com

*Attorneys for Plaintiff*
*Anderson & Koch Ford, Inc.*

                                                    */s/ Elizabeth A. McNellie*
                                                  Elizabeth A. McNellie