UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Anderson & Koch Ford, Inc.<br><br>Appellant,<br><br>v.<br><br>Ford Motor Company,<br><br>Respondent. | Appeal No. 24-1204<br><br>**APPELLANT'S DESIGNATION AND STATEMENT OF ISSUES** |

Appellant Anderson & Koch Ford, Inc. ("Appellant"), by and through the its undersigned counsel, submits this Designation and Statement of Issues:

Appellant asserts claims against Respondent Ford Motor Company ("Respondent") under the Minnesota Motor Vehicle Sale and Distribution Act after Respondent advised of its intent to eliminate half of the census tracts within Appellant's "Dealer's Locality" and assign those same tracts to a new, to-be-constructed dealership that Respondent plans to approve within the boundaries of Appellant's current Dealer's Locality. Did the district court err in granting Respondent's motion to dismiss, in part, pursuant to Fed. R. Civ. P. 12(b)(6) with respect to Counts I, II, and III of Appellant's Complaint "to the extent that those counts seek relief against the proposed new Ford dealership in Forest Lake, Minnesota"?

Dated: February 16, 2024

**TAFT STETTINIUS & HOLLISTER LLP**

By: s/ *Aaron G. Thomas*
    Aaron G. Thomas  (#0389011)
    Jordan L. Weber  (#0396769)
    Yuka Shiotani      (#0401989)
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2210
Telephone:  (612) 977-8400
Facsimile:   (612) 977-8650
Emails:      athomas@taftlaw.com
              jweber@taftlaw.com
              yshiotani@taftlaw.com

**ATTORNEYS FOR APPELLANT ANDERSON & KOCH FORD, INC.**