# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 04, 2024

Thomas John Davis
KIENBAUM & HARDY
Suite 400
280 N. Old Woodward Avenue
Birmingham, MI  48009

RE:  24-1204  Anderson & Koch Ford, Inc. v. Ford Motor Company

Dear Counsel:

Your motion to dismiss the appeal has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

The deadline for filing a response to the motion is March 11, 2024.

Michael E. Gans
Clerk of Court

HAG

cc:	Sheila Therese Kerwin
	Elizabeth A. McNellie
	Yuka Shiotani
	Aaron Gilbert Thomas
	Jordan L. Weber
	Jeremiah J. Wood

District Court/Agency Case Number(s):  0:23-cv-00762-JMB