# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1204

Anderson & Koch Ford, Inc.

Appellant

v.

Ford Motor Company

Appellee

___

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00762-JMB)

___

**ORDER**

Appellee's motion to dismiss the appeal is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

Appellant may have until April 15, 2024 to file the opening brief and appendix.

March 25, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans